IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | | |
|---|---|---|
| **MIGUEL MORALES JR.,** | ) | **CASE NO.1:19-CV-02391** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES GWIN** |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE** |
| | ) | **WILLIAM H. BAUGHMAN, JR.** |
| **CITY OF CLEVELAND,** | ) | |
| | ) | **STIPULATED DISMISSAL** |
| Defendant. | ) | **ENTRY** |

We the attorneys for the respective parties hereby stipulate that the above-captioned case shall be dismissed with prejudice with each party to bear his or its own attorneys' fees, court costs, and expenses.

Approved:

                                                Respectfully submitted,

                                                BARBARA LANGHENRY (00038838)
                                                Director of Law

                                  By:

/s/ *Shawn A. Romer*                          */s/Mark V. Webber*
Shawn A. Romer (0084251)             Mark V. Webber (0007544)
Romer Law Firm, LLC                    Chief Assistant Director of Law
2012 W. 25th St., Ste. 716               Tiffany Fischbach (0083348)
Cleveland, OH 44113                      Assistant Director of Law
Ph: 216-644-3722                          601 Lakeside Avenue, Room 106
Fx: 216-803-6674                          216.664.2800 (phone)
sromer@romerlawfirm.com             216.664.2663 (fax)
                                                           Cleveland, Ohio 44114
Attorney for Plaintiff                      MWebber@city.cleveland.oh.us
                                                           TFischbach@city.cleveland.oh.us

                                                      Attorneys for Defendant
                                                      *City of Cleveland*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April, 2020 the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic system to all parties indicated on the electronic receipt.   The parties may access this filing through the Court's system.

/s/  *Mark V. Webber*        .
Mark V. Webber (0007544)
Chief Assistant Director of Law
City of Cleveland